IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(Eastern Division)

| | |
|---|---|
| MICHAEL SMITH, and LISA ALBERTON, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>SEARS HOLDINGS CORP., a Delaware corporation,<br><br>                Defendant. | Civil Action No.: 18-cv-01142<br>Hon. Harry D. Leinenweber |

**JOINT STATUS REPORT**

Plaintiffs Michael Smith and Lisa Alberton ("**Plaintiffs**") and Defendant Sears Holdings Corp. ("**Sears**"), by and through their undersigned counsel, jointly submit to the Court this status report, as required by the Court's April 4, 2022 Order. (ECF 46).

On October 15, 2018, Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") commenced a voluntary case (the "**Bankruptcy Matter**") under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Bankruptcy Matter remains pending and ongoing, and the automatic stay, pursuant to Section 362(a) of the Bankruptcy Code, remains in place. Debtors do not have an estimated timeline for resolution of the Bankruptcy Matter.

WHEREFORE, the parties jointly request that the Court strike the status hearing set for May 19, 2022, in light of the bankruptcy stay.

By: */s/ Matthew J. Caccamo*

Matthew J. Caccamo (#6282605)
BAKER & HOSTETLER LLP
191 North Wacker Drive, Ste. 3100
Chicago, Illinois 60606
Tel: 312-416-6200
Fax: 312-416-6201

*Attorneys for Defendant Sears Holdings Corp.*

By: */s/Daniel O. Herrera*

Daniel O. Herrera
Brian P. O'Connell
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
150 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel.: 312-782-4880
Fax: 312-782-4485
dherrera@caffertyclobes.com
boconnell@caffertyclobes.com

Bryan Clobes
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
1101 Market St., Suite 2650
Philadelphia, Pennsylvania 19107
Tel.: 215-864-2800
Fax: 215-864-2810
bclobes@caffertyclobes.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

      /s/ Matthew J. Caccamo
      Matthew J. Caccamo

4876-7404-8031.1